IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM LONDONO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:20cv152 |
| ROBERT BOSCH, LLC, ROBERT BOSCH TOOL CORP. AND FREUD AMERICA, INC., | § § § § | |
| | § | |
| Defendants. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Plaintiff William Londono ("Plaintiff"), and Defendants Robert Bosch Tool Corporation and Freud America, Inc. (collectively, "Defendants") (Plaintiff and Defendants collectively, "Parties"), hereby file their Joint Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in support thereof would respectfully show the Court the following:

1. The Parties hereby jointly stipulate to dismiss the above civil case, and all claims asserted therein, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. The Parties also agree and stipulate that the Parties will be solely responsible for their own costs of court and attorneys' fees incurred as a result of this action.

WHEREFORE, Plaintiff and Defendants hereby jointly stipulate and request that the Court enter an Order dismissing the above civil case, and all claims asserted therein,

with prejudice to the refiling of the same, and for such other and further relief to which the Parties may be justly entitled.

>
> Respectfully submitted,
>
> */s/ Alfred W. Ellis (with permission)*
> Alfred W. Ellis
> Texas State Bar No. 06560000
> al@textrial.com
> SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, LLP
> 3811 Turtle Creek Blvd., Suite 1400
> Dallas, Texas 75219-4461
> (214) 720-0720 – Telephone
> (214) 720-0184 – Telecopier
> ***Attorneys for Plaintiff***
>
> - and -
>
> */s/ Jane E. Bockus*
> **Jane E. Bockus**
> Attorney in Charge
> Texas State Bar No. 02541700
> jbockus@dykema.com
> Priscila Mosqueda De La Garza
> Texas State Bar No. 24116792
> pmosquedadelagarza@dykema.com
> **DYKEMA GOSSETT PLLC**
> 112 East Pecan Street, Suite 1800
> San Antonio, Texas  78205
> (210) 554-5500 - Telephone
> (210) 226-8395 – Telecopier
> ***Attorney for Defendants***