Case 2:20-cv-00152   Document 44   Filed on 05/17/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WILLIAM LONDONO, § § § § § § § § § | |
| Plaintiff, | |
| VS. | CIVIL ACTION NO. 2:20-CV-00152 |
| ROBERT BOSCH LLC, *et al.*, | |
| Defendants. | |

## FINAL JUDGMENT

Pursuant to the Court's Agreed Order of Dismissal with Prejudice (D.E. 43), the Court enters final judgment dismissing this action with prejudice.

ORDERED on May 17, 2022.

*(signature)*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE